UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

RONALD RAYMOND GRIFFIN,       )
                              )
    Plaintiff,                )
                              )
    v.                        )   Cause No.:  2:17-cv-131
                              )
                              )
ADVANCED CORRECTIONAL         )
HEALTHCARE,                   )
                              )
                              )
    Defendant.                )

## NOTICE OF REMOVAL

Defendant, Advanced Correctional Healthcare, by counsel, pursuant to 28 U.S.C. §§ 1441(b) and 1446, hereby gives notice of the removal of this action from Sullivan Superior Court 1, Sullivan County, Indiana to the United States District Court for the Southern District of Indiana, Terre Haute Division.  In support of this Notice of Removal, Defendant states the following:

1.      This action was originally filed in the Sullivan County Superior Court 1 and assigned Cause Number 77D01-1702-CT-000113.  A true and accurate copy of Plaintiff's Complaint for Damages is attached hereto as Exhibit A.

2.      Defendant, Advanced Correctional Healthcare was served with a Complaint for Damages and Summons as required by Indiana law on or about March 14, 2017.

3.      This Notice of Removal is timely, having been filed within thirty (30) days after service of the Complaint for Damages and Summons on Defendants, pursuant to 28 U.S.C. § 1446(b).

4.     Attached hereto as Exhibit B. are all pleadings, process, and orders of the State court that have been served upon Defendant in this action, as well as a copy of the State court's docket sheet.

5.     The Complaint in this action alleges a violation of the Plaintiff's Eighth Amendment rights guaranteed by the United States Constitution.  Therefore, this case may be properly removed, as it falls within the original jurisdiction of this Court because it involves issues arising under the Constitution or other laws of the United States.  See: 28 U.S.C. §§ 1331, 1441(b) and 42 U.S.C. § 1983.

6.     Plaintiff's allegations are for events occurring at Sullivan County Jail, which is located in Sullivan County, Indiana.  Sullivan County is part of the Terre Haute Division of the U.S. District Court for the Southern District of Indiana.

7.     Plaintiff will be given written notice of this Notice of Removal, and a copy of this Notice of Removal will be filed with the Clerk of the Sullivan County Superior Court 1 pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

s/ Carol A. Dillon
Carol A. Dillon # 25549-49
Attorney     for     Defendant     Advanced
Correctional Healthcare

Carol A. Dillon, #25549-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
(317) 567-2222
Fax:  (317) 567-2220
carol@bleekedilloncrandall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2017, a true and complete copy of the foregoing document was served upon all counsel of record via U.S. Mail, with sufficient postage attached.

Ronald Griffin
Sullivan County Jail
B Block
24 S. State Street
Sullivan, IN 47882

s/ Carol A. Dillon